MICHAEL DEMRICK v. HARBOR LIGHTERAGE COMPANY.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.